[No. 28024-1-III. Division Three. July 29, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIS FERNANDO MORA-JIMINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 08-1-02318-0, Michael E. Schwab, J., entered March 20, 2009. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Sweeney, J.

[No. 28150-7-III. Division Three. July 29, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN SCOTT JEWELL, *Respondent*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 07-1-00331-1, Michael E. Cooper, J., entered June 1, 2009. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Sweeney, J.

[No. 28368-2-III. Division Three. July 29, 2010.]

THE STATE OF WASHINGTON, *Appellant*, v. TASHA ANN HANSON, *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 08-1-50431-9, Bruce A. Spanner, J., entered August 14, 2009. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Kulik, C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 28432-8-III. Division Three. July 29, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ENRIQUE VILLARREAL, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 08-1-00313-5, John M. Antosz, J., entered July 14, 2009. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Brown and Siddoway, JJ.